# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:17-CR-053-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| TODD BARRY GREENBURG, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| COURTESY CJDR OF | ) |
| SUPERSTITUTION SPRINGS, | ) |
| Garnishee. | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion for Dismissal Of Order Of Continuing Garnishment" (Document No. 46) filed April 22, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate  Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the Government reports that it has "received written notice from the Garnishee that the Defendant's employment ended on February 26, 2021." (Document No. 47, p. 1).

**IT IS, THEREFORE, ORDERED** that the "Motion for Dismissal Of Order Of Continuing Garnishment" (Document No. 46) is **GRANTED**. The Order of Continuing Garnishment filed in this case against Defendant is dismissed.

**SO ORDERED.**

Signed: April 22, 2021

David C. Keesler
United States Magistrate Judge